■ ELLA KILCOIN et al., Appellants, v. SUNNY COUNTRYMAN, Respondent. — Motion to dismiss appeal on failure to file a proper record denied, without costs, and without prejudice to its renewal upon the argument of the appeal. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Claim of HEAD TASHJIAN, Respondent. LEE LETTER SERVICE, Appellant; ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion for an order opening the default of the Industrial Commissioner denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ REVONA REALTY CORP., Respondent, v. MORTON WASSERMAN, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON HERBERT THOMPSON, Appellant.— Motion for permission to prosecute appeal as a poor person and for assignment of counsel denied, upon the ground the record shows no appeal has been taken. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ EDWARD A. LIPTON et al., Appellants, v. WINFIELD R. BRUCE, Respondent.— Motion by respondent to require appellant to correct and augment the record on appeal denied, without costs. Such question, in the first instance, should be determined by the Special Term. Motion to add case to the calendar of the present term denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ JOSEPH C. FLORES, Plaintiff, v. NEW YORK TIMES COMPANY, Defendant.— Motion to dismiss appeal denied, without costs, and without prejudice. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ In the Matter of GENE LACY, Petitioner, against COMMISSIONER OF THE DEPARTMENT OF CORRECTION OF THE STATE OF NEW YORK et al., Respondents.— Application for permission to prosecute appeal as a poor person and for the assignment of counsel denied, upon the ground that the record shows an appeal has not been taken. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ MAY ZALMANOFF, Appellant, v. THEODORE BECKER, Respondent.— Motion to require defendant-respondent and his attorneys to sign a stipulation of facts for purposes of appeal denied as unauthorized, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DEVORE, Appellant.— Application to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. The application for a direction that appellant be furnished a copy of the trial minutes should be addressed to the County Court, Cortland County. Application in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ In the Matter of the Claim of DAVID DAVIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion by the respondent to compel the claimant-appellant to perfect appeal denied without prejudice to a further motion by the respondent to dismiss the appeal if not perfected. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ GIUSEPPE LA SALA, Respondent, v. BALSAN REALTY CORP. et al., Appellants.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ In the Matter of the Claim of JOSEPH CAROSELLA, Appellant, against NEW YORK SKY PORT, INC., et al., Respondents. WORKMEN'S COMPENSATION